AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Eastern District of California

**ORIGINAL FILED**

**DEC 17 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| VILIAMI MOSESE FATUKALA | )  Case No. |
| | ) |
| | ) |
| Defendant(s) | ) |

SEALED

2:19 MJ 226 ____ DB

## CRIMINAL COMPLAINT

REDACTED

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 5, 2019 through present_____ in the county of _____Sacramento_____ in the

_____Eastern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. §§ 841(a)(1), 846 | Conspiracy to Distribute, and to Possess with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

(see attachment)

☒  Continued on the attached sheet.

_____
Complainant's signature

Special Agent Jason Chin, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date:  12-17-19

_____
Judge's signature

City and state:  Sacramento, CA

Deborah Barnes, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND SEARCH WARRANT

I, Jason Chin, being duly sworn, hereby depose and state as follows:

## I.      INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent of the Drug Enforcement Administration ("DEA") and have been so employed since May 2005.  I am currently assigned to the DEA Sacramento District Office and am charged with investigating drug trafficking and money laundering activities in the Eastern District of California, and elsewhere.  I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests for federal felony offenses.  Additionally, I am a Federal law enforcement officer within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant.

2.      I was trained as a DEA Special Agent at the DEA Academy, Quantico, Virginia.  During my training, I received special training in the Controlled Substance Act, Title 21 United States Code, including but not limited to, Sections 841(a)(1) and 846, Controlled Substance Violations and Conspiracy to Commit Controlled Substance Violations, respectively.  I have received special training regarding criminal organizations engaged in conspiracies to manufacture and/or possess with intent to distribute methamphetamine, cocaine, cocaine base, heroin, marijuana, MDMA, and other dangerous drugs prohibited by law.  I received further training in search and seizure law, financial investigations and money laundering techniques, and many other facets of drug law enforcement.  I have also spoken to and worked with experienced federal, state, and municipal agents and narcotics officers regarding the methods and means employed by drug manufacturers and drug traffickers including the use of express carriers and the U.S. Postal system to distribute drugs.

3.      During the course of my employment as a DEA Special Agent, I have participated in numerous criminal investigations.  I have participated in executing numerous Federal and State

search warrants involving the aforementioned listed controlled substances, the seizure of narcotics-related records and other types of evidence that document the activities of criminal organizations in both the manufacturing and distribution of controlled substances.  To successfully conduct these investigations, I have utilized a variety of investigative techniques and resources, including physical and electronic surveillance, various types of infiltration, including undercover agents, informants, and cooperating sources.  Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I am familiar with the methods used by drug traffickers to smuggle and safeguard controlled substances, to distribute, manufacture, and transport controlled substances, and to collect and launder related proceeds.

## II.    **PURPOSE**

4.    The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.  Rather, I make this affidavit in support of an application for a warrant to search:













24





I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.


Jason Chin
Special Agent
Drug Enforcement Administration

Sworn and Subscribed to me on December 17, 2019

The Honorable Deborah Barnes
United States Magistrate Judge


Approved as to form:

Paul Hemesath
Assistant U.S. Attorney