**FILED**
December 23, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
/s/ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
              )
        Plaintiff, )       Case No. 2:19-MJ-00226-DB
              )
v.             )       ORDER FOR RELEASE OF
              )       PERSON IN CUSTODY
VILIAMI MOSESE FATUKALA, )
              )
        Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VILIAMI MOSESE FATUKALA</u>, Case No. <u>2:19-MJ-00226-DB</u>, Charge <u>21 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_\_ Release on Personal Recognizance

- ✔ Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

    - ✔ Unsecured Appearance Bond

    - \_\_ Appearance Bond with 10% Deposit

    - \_\_ Appearance Bond with Surety

    - \_\_ Corporate Surety Bail Bond

- ✔ (Other)   <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 23, 2019</u> at <u>2:50</u> pm..

                    By   /s/ Deborah Barnes
                         Deborah Barnes
                         United States Magistrate Judge