Eric H. Hintz #119211

Law Offices of Eric H. Hintz

2725 Riverside Blvd. #2600

Sacramento, CA 95818

(916) 504-4979 Office

(916) 802-5979 Direct/Text

hintzlaw@gmail.com

Attorney for Viliam Mosese Fatukala

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VILIAMI MOSESE FATUKALA, and<br><br>QUYNHMY QUOC YAMAMOTO<br><br>Defendants. | Case No. 2:20-CR-00005 KJM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER ALLOWING POST RELEASE CONTACT BETWEEN CODEFENDANTS FATUKALA AND YAMAMOTO |

Co-defendants VILIAMI MOSESE FATUKALA and QUYNHMY QUOC YAMAMOTO are currently on pretrial release and subject to conditions preventing them from having contact with one another.

VILIAMI MOSESE FATUKALA and QUYNHMY QUOC YAMAMOTO hereby request that that the current conditions of pretrial release be modified to allow them to have contact with each other due to a long-term intimate relationship. The parties agree that such contact request is in the interests of justice and would not otherwise be inconsistent with the remaining conditions of each defendants previously ordered conditions of release.

Counsel has consulted with Pretrial Services for the Eastern District of California, and the assigned Officers do not object to such modification.

It is hereby stipulated and agreed that the parties ask the Court enter the following Order modifying the conditions of pretrial supervision, as they apply to VILIAMI MOSESE FATUKALA and QUYNHMY QUOC YAMAMOTO:

With regard to QUYNHMY QUOC YAMAMOTO:

You must not associate or have any contact with your **co-defendants, with the exception of Viliami Fatukala,** unless in the presence of counsel or otherwise approved in advance by the pretrial services officer. You and Mr. Fatukala must not discuss the pending federal case.

With regard to VILIAMI MOSESE FATUKALA:

You must not associate or have any contact with your **co-defendants, with the exception of Quynhmy Yamamoto,** unless in the presence of counsel or otherwise approved in advance by the pretrial services officer. You and Ms. Yamamoto must not discuss the pending federal case.

DATED: January 15, 2020         /s/ ERIC H. HINTZ
                                ERIC H. HINTZ
                                Attorney for Defendant Viliami Mosese Fatukala

DATED: January 15, 2020         /s/ MICHAEL LONG
                                MICHAEL LONG
                                Attorney for Defendant Quynhmy Quoc Yamamoto

Stipulation and ~~Proposed~~ Order allowing post-release contact between co-defendants Fatukula and Yamamoto

01/16/20

| | |
|---|---|
| DATED: January 15, 2020 | McGregor W. Scott<br>United States Attorney<br>By: /s/ PAUL HEMESATH<br>PAUL HEMESATH<br>Assistant United States Attorney |

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Dated: January 16, 2020

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

---

Stipulation and ~~Proposed~~ Order allowing post-release contact between co-defendants Fatukula and Yamamoto

01/16/20