ERIC H HINTZ (CA State Bar #119211)
2725 Riverside Blvd.
Sacramento, CA 95818
(916) 465-6500
HintzLaw@gmail.com

Attorney for VILIAMI "PILA" FATUKALA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:20-cr-5 KJM |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER TO MODIFY DEFENDANT |
| | ) FATUKALA'S CONDITIONS OF RELEASE |
| | ) |
| VILIAMI FATUKALA, | ) |
| QUYNHMY YAMAOTO, | ) |
| IRIS MINA,   and | ) |
| JOHN HOLLIS II, | ) |
| Defendants. | ) |

================================//

Upon the recommendation and request of Pretrial Officer Taifa Gaskins, it is hereby stipulated between the parties, Paul Hemesath, Assistant United States Attorney and Eric Hintz, attorney for defendant VILIAMI FATUKALA that the conditions of defendant VILIAMI FATUKALA release be modified in the following two ways:

1. **That travel condition No. 4 be modified to allow travel to the Northern District of California.**

2. **That drug testing condition No. 8 be removed.**

These modifications of defendant FATUKALA'S release have been requested by his Pretrial Officer Taifa Gaskins because defendant FATUKLA has been under her supervision for over a year and as an avid bike rider he has been going to the Northern District of California nearly every weekend with her permission and has been good about communication such that she does not feel it necessary

-1-

to talk to defendant FATUKALA every week to approve these travel requests. Additionally, defendant FATUKALA has been done well with drug testing for over a year and Pretrial Officer Taifa Gaskins no longer feels that drug testing is necessary.

Dated: February 5, 2021                                    Respectfully submitted,


                                                           /s/ Eric Hintz
                                                           ERIC HINTZ
                                                           Attorney for Viliami Fatukala


Dated: February 5, 2021                                    McGREGOR SCOTT
                                                           United States Attorney

                                                           /s/ Paul Hemesath
                                                           PAUL HEMESATH
                                                           Assistant U.S. Attorney




[Proposed] **ORDER**

   Pursuant to the recommendation of the Pretrial Officer and upon the Stipulation of the parties, it is hereby ordered that the conditions of defendant VILIAMI FATUKAL's release be and hereby are modified as requested.


Dated: February 16, 2021                    _____
                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE