1  WILLIAM F. PORTANOVA, SBN: 281364
   400 Capitol Mall, Suite 1100
2  Sacramento, CA 95814
   Telephone: (916) 444-7900
3  Fax: (916) 444-7998
   Wfp@Portanova.com
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00005-DAD |
| Plaintiff, | REQUEST TO DELAY SELF SURRENDER DATE TO MAY 28, 2024; ORDER |
| v. | |
| VILIAMI MOSESE FATUKALA AND QUYNH YAMAMOTO | |
| Defendants. | |

  Defendants Viliami Fatukala and Quynh Yamamoto, by and through undersigned counsel, respectfully move this Court for an Order delaying their respective self-surrender dates to May 28, 2024.

  Defendants are presently scheduled to self-surrender to the Bureau of Prisons on February 27, 2024. In preparation for their absence, arrangements have been made to maintain the business that Mr. Fatukala and Ms. Yamamoto built during the multi-year pendency of the criminal case against them. These efforts include continued brick and mortar presence at the CLTRE Club location out of which they have been operating and preparation for participation in a related city-sponsored business incubator and accelerator program, among other business developments.

  As Mr. Fatukala and Ms. Yamamoto will not be able to manage the business' participation in these plans personally, they have arranged to have Mr. Fatukala's cousin, Semisi Topui, step in

1  to handle the day-to-day operations in their absence and have already spent several weeks this
2  year training him to do so.  Due to a preexisting work contract with the nation of Tonga, however,
3  Mr. Topui needed to return to Tonga before they were able to conclude the transition.  Mr. Topui
4  will be able to return to Sacramento in the beginning of May and Mr. Fatukala and Ms.
5  Yamamoto are confident that they need only a short additional period to successfully complete
6  the transition and transfer control to Mr. Topui's hands.

7  　　　The rehabilitative and anti-recidivist benefits of having a business to return to, which Mr.
8  Fatukala and Ms. Yamamoto worked hard to build from the ground up, are clear.  Delaying their
9  self-surrender to May 28, 2024 to allow them to successfully transition control of the operations
10  to Mr. Topui, will provide the maximum advantage for their successful rehabilitation following
11  their incarceration.

12  　　　The United States does not oppose this request.

13  　　　Counsel respectfully requests this court to issue an order delaying Mr. Fatukala and Ms.
14  Yamamoto's reporting date to the Bureau of Prisons from February 27, 2024 to May 28, 2024.

17  DATED: February 15, 2024          Respectfully submitted,

19                                    */s/ William F. Portanova*
20                                    WILLIAM  F. PORTANOVA
                                      Attorney for Viliami Fatukala

22                                    */s/ Michael Long*
                                      MICHAEL LONG
23                                    Attorney for Quynh Yamamoto

24                                    */s/ Jason Hitt*
                                      JASON HITT
25                                    Assistant United States Attorney

**ORDER**

GOOD CAUSE SHOWING, it is hereby ORDERED that Defendants Viliami Fatukala and Quynh Yamamoto's respective reporting dates to the Bureau of Prisons be changed from February 27, 2024 to May 28, 2024. No further extensions of time of the surrender date will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:   **February 16, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE